**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

**KENNETH TYSON JOHNSTON** **PLAINTIFF**

**v.** **Case No. 3:26-cv-00119-jdp**

**ASHLEY FURNITURE INDUSTRIES LLC; ASHLEY GLOBAL RETAIL LLC; ASHLEY DISTRIBUTION SERVICES LTD; ASHLEY DISTRIBUTION SERVICES LLC; ASHLEY HOMESTORES LTD; JAMES MICHAEL HILL; STEVEN RALSTON; ACE AMERICAN INSURANCE COMPANY, and CHUBB INDEMNITY INSURANCE COMPANY** **DEFENDANTS**

## PLAINTIFF'S MOTION TO REMAND TO STATE COURT

COMES NOW Plaintiff Kenneth Tyson Johnston, by and through undersigned counsel, and respectfully moves this Court to remand this case to the Circuit Court of Dane County, Wisconsin, pursuant to 28 U.S.C. § 1447(c), for the reasons set forth herein and in the contemporaneously filed Memorandum Brief in Support and Declaration of Christopher D. Stombaugh. Plaintiff states as follows:

1. This action was removed solely on the basis of diversity jurisdiction under 28 U.S.C. § 1332(a). Defendants assert no federal-question basis for removal.
2. Defendant Steven Ralston is a citizen of Wisconsin, residing in Holmen, Wisconsin. (Ralston Aff. ¶ 1; Am. Notice ¶ 18.) Wisconsin is the forum state in which this action was brought.
3. Defendant Ralston was properly joined in this action. The Complaint pleads detailed allegations against him based on his personal safety role as Director of Transportation Safety for Ashley Distribution Services. (Compl. ¶¶ 12–13, 50–92.)

4. Defendant Ralston was properly served on January 14, 2026, which was thirty-four (34) days before the original Notice of Removal was filed on February 17, 2026, and forty (40) days before the Amended Notice of Removal was filed on February 23, 2026. (Stombaugh Decl. ¶¶ 3, 5; Ex. A.)

5. Under 28 U.S.C. § 1441(b)(2), a civil action otherwise removable solely on the basis of diversity jurisdiction "may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." Each element of this statutory bar is satisfied here. Removal is prohibited unless Defendants establish fraudulent joinder of Ralston, which they cannot do for the reasons detailed in the accompanying Memorandum Brief.

6. Removal is also independently procedurally defective because the original Notice of Removal was filed by Ashley Furniture Industries, LLC, a different corporate entity than Ashley Distribution Services, LLC, the entity that employed the driver and owned the vehicle, raising questions about compliance with the unanimity requirement of 28 U.S.C. § 1446(b)(2)(A).

7. In support of this Motion, Plaintiff relies upon the contemporaneously filed Memorandum Brief in Support and the Declaration of Christopher D. Stombaugh with Exhibits A through J.

**WHEREFORE,** Plaintiff respectfully requests that this Court:

1. REMAND this action to the Circuit Court of Dane County, Wisconsin;
2. STAY proceedings pending resolution of this Motion;
3. AWARD Plaintiff attorney's fees and costs incurred as a result of Defendants' improper removal under 28 U.S.C. § 1447(c); and

4. Grant such other and further relief as this Court deems just and proper.

Dated: March 4, 2026.

Respectfully submitted,

/s/ Baskin L. Jones

Baskin L. Jones
Miss. Bar No. 103589
Jones Law Group PA
3417 State Street
Jackson, Mississippi 39216
(601) 272-2406
baskinjones@gmail.com

Christopher D. Stombaugh
Wis. Bar No. 1022065
Michigan Auto Law PLLC
P.O. Box 437
Platteville, Wisconsin 53818
(608) 778-3314
cstombaugh@michiganautolaw.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a true and correct copy of the foregoing was served via notification through the Electronic Court Filing system, by electronic mail, and United States Mail, first class postage prepaid, upon:

Ann C. Emmerich
WI State Bar No. 1018014
aemmerich@bmrlawyers.com
BELL, MOORE & RICHTER, S.C
345 W. Washington Avenue, Suite 302
Madison, WI 53703-3007
Telephone: (608) 257-3764
Facsimile: (608) 257-3757

Wilton V. Byars III – MSB #9335
wbyars@danielcoker.com
J. Miles Forks – MSB #105080
mforks@danielcoker.com
DANIEL COKER HORTON & BELL, PA
265 North Lamar Blvd., Ste R
Post Office Box 1396
Oxford, Mississippi 38655-1396
Telephone: (662) 232-8979
Facsimile: (662) 232-8940

David A. Dial
Georgia Bar No. 220329
ddial@wwhgd.com
William C. Buhay
Georgia Bar No. 093940
wbuhay@wwhgd.com
WEINBERG WHEELER HUDGINS GUNN & DIAL
3344 Peachtree Road, NE, Suite 2400
Atlanta, Georgia 30326
Telephone: (404) 876-2700
Facsimile: (404) 875-9433

By: /s/ Baskin L. Jones
Baskin L. Jones